UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANK E. VALENCIA,

                        Plaintiff,

    -against-

WESTCHESTER COUNTY; CORRECT CARE
SOLUTIONS, LLC; RAUL ULLOA, Medical
Director; ALEXIS GENDELL, M.D., Medical
Administrator; JOON PARK, M.D., Physician;
JOSEPH K. SPANO, Commissioner; and
LEANDRO DIAZ, Deputy Commissioner,

                        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

19 CIVIL 1699 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 7, 2020, plaintiff has not filed an amended complaint. Indeed, plaintiff's last communication with the Court came by letter dated August 6, 2019. The Court concludes plaintiff has abandoned this case. Having considered all of the factors set forth in Lucas v. Miles, 84 F.3d 532, 535 (2d Cir. 1996), the case is dismissed with prejudice for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b). Judgment is entered in Defendants' favor. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal; accordingly, this case is closed.

**Dated:** New York, New York

       May 7, 2020

                                                            **RUBY J. KRAJICK**

                                                                Clerk of Court

                                          **BY:**

                                                                 **Deputy Clerk**